UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAVIER SANTANA, | |
|     Plaintiff, | 2:11-cv-580-KJD-RJJ |
| vs. | |
| WELLS FARGO HOME MORTGAGE, and NATIONAL DEFAULT SERVICING CORP., | O R D E R |
|     Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff, Javier Santana's Motion to Request Services of an Interpreter (#15).

The Court having reviewed the Motion (#15) finds that Plaintiff has failed to comply with Local Rule 43-1 and further, has not provided sufficient information for the court to find that an interpreter is necessary. Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff, Javier Santana's Motion to Request Services of an Interpreter (#15) is **DENIED**.

DATED this 12th day of July, 2011.

                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge